MARGARET D. FORT, as Administratrix of the Estate of FRANK A. FORT, Deceased, et al., Respondents, *v.* THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

Fort v. Globe & Rutgers Fire Ins. Co., 186 App. Div. 185, appeal dismissed.

(Submitted September 29, 1919; decided October 7, 1919.)

MOTION to dismiss appeal from a judgment of the Appellate Division of the Supreme Court in the third

judicial department, entered January 20, 1919, unanimously affirming a judgment in favor of plaintiffs, entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the ground that the notice of appeal and undertaking were not served on the respondents within thirty days after leave to appeal had been granted by this court.

*Joseph A. Murphy* for motion.
*Michael H. Cardozo, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.